IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAY SCOTT, | ) | Case No.: 4:14-CV-03093 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DENNIS M. SCHUSTER, in his official and individual capacity; CITY OF BEATRICE, NEBRASKA, and CITY ATTORNEY TOBIAS J. TEMPELMEYER, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

   This matter comes for consideration on the motion of Randall L. Goyette and the law firm of Baylor Evnen Curtiss Grimit & Witt, LLP, for an order granting him and it leave to withdraw as counsel.  The Court finds that the motion should be and is hereby granted and Randall L. Goyette and the law firm of Baylor Evnen Curtiss Grimit & Witt, LLP, are given leave to withdraw as counsel for Tobias J. Tempelmeyer, in his individual capacity.

   Dated this 9ý day of November, 2014.

BY THE COURT:

By: _____
United States Magistrate'Lwfig

1046303