IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAY SCOTT,

                    Plaintiff,

       vs.

DENNIS M. SCHUSTER, In his official
and Individual Capacity;  CITY OF
BEATRICE, Nebraska; and TOBIAS J.
TEMPELMEYER, City Attorney;

                    Defendants.

**4:14CV3093**

**ORDER**

IT IS ORDERED that the parties' joint stipulation to amend the Final Progression Order, (Filing No. 58), is granted.  The progression order is amended as follows:

1)    The deadline for filing motions to dismiss and motions for summary judgment is September 24, 2015.  The parties are advised, however, that the trial and pretrial conference may be continued on the court's own motion if dispositive motions are filed after August 3, 2015.

Dated this 29th day of July, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge