IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAY SCOTT,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DENNIS M. SCHUSTER, In his official and Individual Capacity;  CITY OF BEATRICE, AND Nebraska; and TOBIAS J. TEMPELMEYER, City Attorney;<br><br>　　　　　　Defendants. | 4:14CV3093<br><br>**MEMORANDUM AND ORDER** |

　　Trial is currently set in this case for November 2, 2015.  However, Defendants' motion for summary judgment is currently pending before the court and will not be ripe for disposition until shortly before trial.

　　Accordingly,

　　IT IS ORDERED, that the pretrial conference and jury trial in this case are continued pending further order of the court.  The parties are instructed to contact the undersigned magistrate's chambers within ten (10) days after receiving the order on Defendants' motion for summary judgment to schedule a status conference to discuss further progression of this case, if any claims remain.

　　Dated this 7th day of October, 2015

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge